HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERRILL FUSSELL, | CASE NO. 2:25-cv-01865-RAJ |
| Plaintiff, | ORDER |
| v. | |
| STATE OF WASHINGTON, *et al.*, | |
| Defendants. | |

Plaintiff Derrill Fussell, proceeding *pro se*, filed multiple motions requesting that the Court (1) strike defense counsel's notices of appearance and various other filings; (2) order defense counsel to produce their legal credentials; and (3) continue the initial case scheduling deadlines set in Dkt. # 7. Dkt. # 10, 13, 14, 15, 24, 29. Shortly after Mr. Fussell filed the first of these motions, Defendant State of Washington filed a motion asking the Court to strike Mr. Fussell's filing. Dkt. # 11.

The Court finds no reason to strike defense counsel's valid appearance in this case and their other properly filed documents. The Court also finds no reason to compel defense counsel's production of legal credentials. Mr. Fussell is directed to refrain from filing any additional motions relating to defense counsel's legal credentials or their ability

ORDER - 1

to practice before this Court or file documents in this case. Any such motions will be stricken or denied. Next, Mr. Fussell's request to continue the initial scheduling deadlines set in Dkt. # 7 is moot because the Court previously vacated that order. *See* Dkt. # 32. Finally, the Court declines the State of Washington's request to strike Mr. Fussell's motion at Dkt. # 10, although as stated above, that motion is denied and any future motions on the same topic will be stricken or denied.

For the forgoing reasons, the Court **DENIES** the motions at Dkts. # 10, 11, 13, 14, 15, 24, and 29.

Dated this 10th day of December, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge